UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

David Clegg, et al.

    v.                      Civil No. 08-cv-00300-JL

Gary Fischer, et al.

**O R D E R**

The Preliminary Pretrial Conference currently scheduled for **February 2, 2009 at 11:00 a.m.** will include a substantive, meaningful discussion of the parties' claims and defenses. Counsel are expected to be prepared to engage in an open, cooperative discussion in good faith. Counsel are reminded of the obligations imposed by Fed. R. Civ. P. 11(b)(3) and (4), and should be prepared to explain the factual basis underlying any claims or defenses they have pleaded.

    **Plaintiffs' counsel is hereby granted leave to amend the pro se filed complaint if he deems it necessary, and may do so no later than January 20, 2009. The defendants' answers are due no later than seven calendar days from the filing of any such amended complaint.**

Each party shall be represented at the Preliminary Pretrial Conference by counsel authorized to bind the party on all matters.

To the extent that the substance of this order constitutes a departure from the customary Preliminary Pretrial practice to which counsel are accustomed, the court apologizes for the short notice, and will bear this in mind at the conference.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  January 7, 2009

cc:  Jeffrey R. Mazer, Esq.
     David J. Mullen, Esq.