UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

David Clegg, et al.

    v.                                   Civil No. 08-cv-00300-JL

Gary S. Fischer, et al.

### ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **February 2, 2009**.

The Discovery Plan (document no. 13) is approved as submitted, with the following changes:

- Third party joinder deadline - **April 1, 2009**
- DiBennedetto disclosure deadline - **April 1, 2009**
- Trial - **March, 2010**

Based on the discussions between the court and counsel/parties at the conference, the following are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

- Counts 6 and 7 of the Complaint.
- the following affirmative defenses:  None

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:   February 2, 2009

cc:   Jeffrey R. Mazer, Esq.
      Daniel J. Mullen, Esq.
      David A. Garfunkel, Esq.